UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08 CR 429 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -v- | ) | **ORDER** |
| | ) | |
| TERRY DAVY, | ) | |
| | ) | |
| Defendant | ) | |

The court adopts Magistrate Judge Vecchiarelli's Report and Recommendation, finding that both counsel stipulated to the fact that the Defendant was indicted by Cuyahoga County and that the indictment establishes probable cause. The court finds probable cause to believe the Defendant violated the terms of his supervised release.

IT IS ORDERED that Defendant remain on Supervised Release with the same terms and conditions and the following modification: the Defendant shall participate in the home incarceration component of the location monitoring program to include electronic monitoring. The cost of the program shall be paid by the court. The Defendant is restricted to his residence at all times except for medical needs or treatment, religious services, attorney visits, and court appearances pre-approved by Pretrial Services. The matter of the supervised release violation is stayed and will be revisited upon resolution of Defendant's state case.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

March 24, 2016